IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | CR. NO.: 18-10033-STA |
| SHANNON DOYLE MCCALLISTER | * | |
| Defendant. | * | |

ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant and for good cause shown, the **supervised release violation hearing** is hereby re-set until **Friday, August 30, 2019 at 10:45a.m.**

IT IS SO ORDERED.

DATE: July 9, 2019.

                                          s/S. Thomas Anderson
                                          S. THOMAS ANDERSON
                                          CHIEF UNITED STATES DISTRICT COURT JUDGE